MARINA LUSSIER *v.* PHILLIP LUSSIER
(AC 16759)

Landau, Schaller and Daly, Js.

Submitted on briefs December 5—officially released December 23, 1997

Per Curiam. The judgment is affirmed.

SUSAN DOLAN *v.* BRENDA GERMOND
(AC 17141)

Foti, Landau and Hennessy, Js.

Submitted on briefs December 5—officially released December 23, 1997

Per Curiam. The judgment is affirmed.

ALAN SCHLESINGER *v.* PETER PROKOPIS ET AL.
(AC 16816)

Foti, Spear and Hennessy, Js.

Submitted on briefs December 5—officially released December 23, 1997

Per Curiam. The judgment is affirmed.

ROGER ROY *v.* GENERAL DYNAMICS CORPORA-
TION, ELECTRIC BOAT DIVISION, ET AL.
(AC 17118)

Foti, Spear and Hennessy, Js.

Submitted on briefs December 5—officially released December 23, 1997

Per Curiam. The decision of the workers' compensa-
tion review board is affirmed.